PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Justin Gould          Cr.: 13-00429-005
                                                                                                              PACTS #: 66863

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/28/2016

Original Offense:    Count One: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base, and Heroin, 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(l) & 841(b)(l)(B)]

                       Count Two: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)

Original Sentence: Imposed on 9/30/2016; 120 months imprisonment on Counts 1 and 2 (on each Count, concurrent), 5 years supervised release on Count (concurrent) and 3 years supervised release on Count 2 (concurrent)

Special Conditions: Drug Treatment, Special Assessment, Alcohol Restrictions, Mental Health Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/30/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance.'**<br><br>On July 28, 2023, Mr. Gould was administered a urinalysis test, which returned positive for marijuana, oxycodone and amphetamines.<br><br>On August 25, 2023, Mr. Gould was administered a urinalysis test, which returned positive for amphetamines.<br><br>On December, 2023, Mr. Gould was administered a urinalysis test, which returned positive for amphetamines and marijuana. |
| 2 | The individual under supervision has violated the special supervision condition which states **'You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court.'**<br><br>On August 21, 2023, Mr. Gould was unsuccessfully discharged from mental health treatment. |

Prob 12A – page 2
Justin Gould

U.S. Probation Officer Action:
In response to the non-compliance, Mr. Gould was issued a verbal reprimand, and the undersigned officer conducted a formal review of the conditions of supervised release, specifically the conditions regarding the use of controlled substances and mental health treatment. The U.S. Probation Office completed a new referral for a drug and mental health assessment and directed Mr. Gould to report to the U.S. Probation Office on a biweekly basis to ensure compliance until further notice. Mr. Gould has expressed challenges with his emotional and mental health because of a lack of employment and his reintegration back into the community. Mr. Gould maintained inconsistent employment for several months; however, he stated he recently obtained gainful employment on February 1, 2024, with Workflow Temp Agency. The U.S. Probation Office has requested verification of employment.

The Probation Office respectfully recommends no formal action be taken at this time, and this notice serves as a written reprimand; however, should further non-compliance occur, the Court will be promptly notified, and additional Court intervention may be requested.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   CHARLES E. PULLETT III
U.S. Probation Officer

/ cep

APPROVED:

_____   2/6/24
ANTHONY M. STEVENS            Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ No Formal Court Action to be Taken at This Time; This Notice to Serve as a Written Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

February 6, 2024
Date